United States Bankruptcy Court

Southern District of Georgia

Howard,
    Plaintiff

Adv. Proc. No. 23-05004-MJK

City of Douglas Utility Dept.,
    Defendant

## CERTIFICATE OF NOTICE

| District/off: 113J-5 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: GASA02 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Kristina Hope Howard, 285 Maple St., Lot 7, Douglas, GA 31533-7021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Franklin Hayes | on behalf of Plaintiff Kristina Hope Howard fhayeslaw@yahoo.com  hayesfr86239@notify.bestcase.com |
| M. Elaina Massey | courtdailysummary@ch13bwk.com  courtdailybackup@ch13bwk.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Kristina Hope Howard
Chapter 13  Case No. 23−50574−MJK
   *Debtor(s).*

Kristina Hope Howard
   *Plaintiff(s)*

vs.                                                         Adversary Proceeding
                                                            No. 23−05004−MJK

City of Douglas Utility Dept.
   *Defendant(s)*

Franklin Hayes, served via electronic notice;

Kristina Hope Howard, 285 Maple St., Lot 7, Douglas, GA 31533

### NOTICE OF DEFICIENCY

Additional action is required on the deficient Complaint/Pleading which you recently filed in the above−captioned case:

- ☐ Fee not paid. Filing fee of $ due. Filing fee must be in the form of cash, money order or certified check and made payable to Clerk, U.S. Bankruptcy Court. Attorney filers shall pay electronically through Pay.gov using the docket event Bankruptcy > Miscellaneous > Adversary Fee.

- ☐ The caption does not comply with Bankruptcy Rule 7010. Please amend.

- ☐ The B−1040 Adversary Proceeding Cover Sheet has not been submitted. A copy of this form is available at www.uscourts.gov/forms.

- ☐ Document unsigned or does not contain original or electronic signature. Please amend.

- ☐ The underlying case has been closed. If you wish to pursue your complaint, please comply with Bankruptcy Rule 5010 by filing a Motion to Reopen and pay the applicable fee to reopen a case.

- ☐ Under the law, individuals may file pleadings, appear in court and represent themselves, but corporations and partnerships are prohibited. For your further information, attorneys not admitted to practice in the Southern District of Georgia must comply with local rules to be admitted pro hac vice.

- ☑ Local Rule 7.1.1 requires that a Disclosure Statement be filed by counsel for all private (non−governmental) parties, both Plaintiff and Defendant. Please submit the Statement as required. Attorney filers should docket the form using the event Adversary > Miscellaneous > Disclosure Statement pursuant to LR 7.1.1.

- ☐

The complaint or pleading will be held in abeyance. If the required action indicated above is not completed, on or before **December 13, 2023**, the matter may be stricken, dismissed or denied.

*Dana M. Wilson, Acting Clerk*
United States Bankruptcy Court
801 Gloucester St, Rm 314
Brunswick, GA 31520

Dated **December 6, 2023**
*A−02[Rev. 05/19]* **TGG**